UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

*****************************************************************************

| | | |
|---|---|---|
| DAKOTA RURAL ACTION; DALLAS GOLDTOOTH; INDIGENOUS ENVIRONMENTAL NETWORK; NDN COLLECTIVE; SIERRA CLUB; and NICHOLAS TILSEN; | * * * * * * | CIV 19-5026 |
| Plaintiffs, | * * | |
| vs. | * * | ORDER |
| KRISTI NOEM, in her official capacity as Governor of the State of South Dakota; JASON RAVNSBORG, in his official capacity as Attorney General; and KEVIN THOM, in his official capacity as Sheriff of Pennington County, | * * * * * * * | |
| Defendants. | * * | |

*****************************************************************************

Plaintiffs have filed a Motion for Leave to File Sur-Reply to Defendants' Reply in Support of their Motion for Judgment on the Pleadings, Doc. 42, and after consideration of the Motion,

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File Sur-reply, Doc. 42, is granted, and the Court will consider the Plaintiffs' Sur-Reply.

Dated this 10th day of June, 2019.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN CLERK

*/s/ Matthew Thelen*