UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

*****************************************************************

| | | |
|---|---|---|
| DAKOTA RURAL ACTION; DALLAS GOLDTOOTH; INDIGENOUS ENVIRONMENTAL NETWORK; NDN COLLECTIVE; SIERRA CLUB; and NICHOLAS TILSEN; | * | CIV 19-5026 |
| Plaintiffs, vs. | * | ORDER |
| KRISTI NOEM, in her official capacity as Governor of the State of South Dakota; JASON RAVNSBORG, in his official capacity as Attorney General; and KEVIN THOM, in his official capacity as Sheriff of Pennington County, | * | |
| Defendants. | * | |

*****************************************************************

The Court has just received a request from Sarah Mearhoff, the South Dakota Capitol correspondent for Forum News Service, for the use of certain devices during the June 12, 2019, Court proceedings at 3:00 P.M., in Rapid City, South Dakota, in this action. The Court is granting permission for the purposes of this hearing only as follows:

IT IS ORDERED:

1. Applicant, Sarah Mearhoff, may take her laptop into the courtroom. The laptop is to be used so that it will not disturb the proceedings. The laptop will not be used to record, photograph, or livestream the proceedings.

2. Ms. Mearhoff may take her iPhone into the hearing so that she can use the iPhone for the first time once the hearing is concluded. Concluded means finally concluded and it does not mean if there is a recess and it does not mean that it can be used during the recess or after the recess. The iPhone cannot be used to take photos or videos of the court proceedings.

3. Ms. Mearhoff may bring a recorder to the proceedings so that she can more accurately quote sources for whatever story she writes. That recording may not be published, distributed, or disseminated during or after the Court proceedings. The recording device is to be audio only with no video capability.

4. No Twitter or Twitter-feed is allowed in the courtroom, that request being denied.

Dated this 11th day of June, 2019.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN CLERK

_____