UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| DAKOTA RURAL ACTION, DALLAS GOODTOOTH, INDIGENOUS ENVIRONMENTAL NETWORK, NDN COLLECTIVE, SIERRA CLUB, AND NICHOLAS TILSEN, | ) ) ) ) ) ) ) | Civ. 5:19-cv-5026-LLP |
| Plaintiffs, | ) ) | NOTICE OF WITHDRAWAL OF COUNSEL |
| vs. | ) ) | |
| KRISTI NOEM, in her official capacity as Governor of the State of South Dakota, JASON RAVNSBORG, in his official capacity as Attorney General, and KEVIN THOM, in his official capacity as Sheriff of Pennington County, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Richard M. Williams, Deputy Attorney General for the State of South Dakota, hereby withdraws his appearance as one of the counsel for Defendants Kristi Noem and Jason Ravnsborg in the above referenced case. The Defendants will continue to be represented by Assistant Attorney General Holly Farris, who has previously filed a Notice of Appearance in this case and who will serve as counsel of record for the State of South Dakota in the pending action.

Dated this 28th day of August 2019.

          */s/ Richard M. Williams*
          Richard M. Williams
          Deputy Attorney General
          1302 East Highway 14, Suite 1
          Pierre, South Dakota 57501-8501
          Telephone:  (605) 773-3215
          Rich.williams@state.sd.us