UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| DAKOTA RURAL ACTION, DALLAS GOLDTOOTH, INDIGENOUS ENVIRONMENTAL NETWORK, NDN COLLECTIVE, SIERRA CLUB, and NICHOLAS TILSEN, | ) ) ) ) ) | Case No.: 5:19-cv-5026-LLP |
| Plaintiffs, | ) ) ) | **JOINT MOTION FOR CONSIDERATION OF STIPULATED AGREEMENT AND DISMISSAL** |
| vs. | ) ) | |
| KRISTI NOEM, in her official capacity as Governor of the State of South Dakota, JASON RAVNSBORG, in his official capacity as Attorney General, and KEVIN THOM, in his official capacity as Sheriff of Pennington County, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1.  Plaintiffs Dakota Rural Action, Dallas Goldtooth, Indigenous Environmental Network, NDN Collective, Sierra Club, and Nicholas Tilsen  and Defendants Kristi Noem, in her official capacity as Governor of the State of South Dakota, and Jason Ravnsborg, in his official capacity as Attorney General of the State of South Dakota (collectively, "the Parties") hereby jointly move for dismissal of this proceeding pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.  On October 24, 2019, the Parties agreed to the attached Stipulated Agreement (Exhibit A), which resolves the issues in this matter.

3.  In consideration of, and consistent with, the terms of the Agreement, the Parties jointly move the Court to dismiss the lawsuit with prejudice.

4.  A proposed order for dismissal is attached hereto.

Dated this 2 4th day of October, 2019.

*Stephen L. Pevar*
Brendan V. Johnson (SD Bar # 3263)
Erica A. Ramsey (SD Bar # 4901)
Timothy W. Billion (SD Bar # 4641)

ROBINS KAPLAN LLP
140 North Phillips Ave, Suite 307
Sioux Falls, SD 57104
Tel: 605-335-1300
BJohnson@RobinsKaplan.com
ERamsey@RobinsKaplan.com
TBillion@RobinsKaplan.com

Stephen Pevar (SD Bar #1364)
American Civil Liberties Union Foundation
765 Asylum Avenue
Hartford, CT 06105
Tel.: 860-570-9830
spevar@aclu.org

Courtney Bowie
American Civil Liberties Union of South
Dakota
P.O. Box 1170
Sioux Falls, SD 57101
Tel.: 201-284-9500
cbowie@aclu.org

Vera Eidelman
American Civil Liberties Union Foundation
Speech, Privacy, and Technology Project
125 Broad St.
New York, NY 10004
Tel.: 212-549-2500
veidelman@aclu.org

*Attorneys for Dakota Rural Action, Dallas Goldtooth, Indigenous Environmental Network, NDN Collective, Sierra Club, And Nicholas Tilsen.*

Dated this 23rd day of October, 2019.

Jeffery J. Tronvold
Chief Civil Deputy Attorney General
Holly Farris
Assistant Attorney General
Mickelson Criminal Justice Center
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Jeffery.Tronvold@state.sd.us
Holly.Farris@state.sd.us

Robert L. Morris
*Special Assistant Attorney General*
MORRIS LAW FIRM, PROF. LLC
P.O. Box 370
Belle Fourche, SD 57717-0370
(605) 723-7777
bobmorris@wcstriverlaw.com

*Attorneys for Governor Noem and Attorney General Ravnsborg*