UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

******************************************************************

| | | |
|---|---|---|
| DAKOTA RURAL ACTION;<br>DALLAS GOLDTOOTH;<br>INDIGENOUS ENVIRONMENTAL<br>NETWORK; NDN COLLECTIVE;<br>SIERRA CLUB; and NICHOLAS TILSEN; | * | CIV 19-5026 |
| Plaintiffs,<br>vs. | * | ORDER FOR DISMISSAL |
| KRISTI NOEM, in her official capacity as<br>Governor of the State of South Dakota;<br>JASON RAVNSBORG, in his official<br>capacity as Attorney General; and<br>KEVIN THOM, in his official capacity as<br>Sheriff of Pennington County, | * | |
| Defendants. | * | |

******************************************************************

This matter having come before the Court on the Stipulated Settlement Agreement between these parties filed in this matter, and the Court having found good cause, and the Court also applauding all parties for reaching agreement:

IT IS HEREBY ORDERED that the parties consent to, and the Court hereby agrees to accept, continuing jurisdiction to enforce the terms of the Stipulated Settlement Agreement; and

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice pursuant to the Stipulated Settlement Agreement, which is hereby incorporated by the Court.

Dated this 29th day of October, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN CLERK